Daniel M. Sullivan (State Bar No. 132878)
Email: dms@sullivanjohnson.com
Daniel A. Johnson (State Bar No. 130724)
Email: daj@sullivanjohnson.com
SULLIVAN JOHNSON LLP
23480 Park Sorrento, Suite 250
Calabasas, California 91302
Telephone (818) 591-9700
Facsimile (818) 591-9707

Attorneys for Plaintiff MVP Asset Management (USA) LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MVP ASSET MANAGEMENT (USA) LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN VESTBIRK, JEFF BALLIET, ALLISON HANSLIK, JIM GRANAT, ARK ROYAL ASSET MANAGEMENT, LTD, a Bermuda Limited Company, VESTBIRK CAPITAL MANAGEMENT, LTD., a Bermuda Limited Company, ARK ROYAL ASSET MANAGEMENT, LLC, a Nevada Limited-Liability Company ARK DISCOVERY, LLC, a Business Entity of Unknown Form, ARK ROYAL HOLDINGS, LLC, a Nevada Limited-Liability Company, ARK ROYAL SERVICES, LLC, a Nevada Limited-Liability Company, ARK ROYAL CAPITAL, LLC, a Nevada Limited-Liability Company, ARK ROYAL CAPITAL FUNDING, LLC, a Nevada Limited-Liability Company, ARK ROYAL CAPITAL, INC, a Nevada Corporation, ROYAL CAPITAL FUNDING, LLC, a Nevada Limited-Liability Company, ARK ROYAL RESOURCES LLC, a Nevada Limited-Liability Company, ARK ROYAL ASSURANCE LLC, a Nevada Limited-Liability Company, and ARK ROYAL INVESTMENTS, LLC, a Nevada Limited-Liability Company,<br><br>Defendants. | CASE NO. 2:10-CV-02483-GEB-CMK<br><br>**ORDER GRANTING EX PARTE APPLICATION OF PLAINTIFF MVP ASSET MANAGEMENT (USA) LLC FOR ORDER EXTENDING TIME TO SERVE SUMMONS AND COMPLAINT; RULE 4(m) NOTICE** |

**Order Granting Ex Parte Application Of Plaintiff MVP Asset Management (USA) LLC For Order Extending Time To Serve Summons and Complaint**                     2:10-CV-02483-GEB-CMK

## ORDER AND RULE 4(m) NOTICE

Having considered the Ex Parte Application of Plaintiff MVP Asset Management (USA) LLC For Order Extending Time To Serve Summons and Complaint, Plaintiff has to and including March 14, 2011 by which to serve the summons and complaint on Defendant Jim Granat.  If service is not effectuated by this date, Plaintiff shall explain in a filing due on March 15, 2011 good cause justifying why this defendant should not be dismissed.  If good cause is not shown, this defendant may be dismissed under Federal Rule of Civil Procedure 4(m).

**Date: 1/11/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

**Order Granting Ex Parte Application Of Plaintiff MVP Asset Management (USA) LLC For Order Extending Time To Serve Summons and Complaint**     2:10-CV-02483-GEB-CMK