SULLIVAN JOHNSON LLP
DANIEL M. SULLIVAN (SBN 132878)
DANIEL A. JOHNSON (SBN 130724)
23480 Park Sorrento, Suite 250
Calabasas, CA  91302
Telephone:  (818) 591-9700
Facsimile:  (818) 591-9707

Attorneys for Plaintiff
MVP ASSET MANAGEMENT (USA) LLC

STEVENS, O'CONNELL & JACOBS LLP
GEORGE L. O'CONNELL (SBN 74037)
TODD M. NOONAN (SBN 172962)
400 Capitol Mall, Suite 1400
Sacramento, CA  95814
Telephone: (916) 329-9111
Facsimile:  (916) 329-9110

Attorneys for Defendants
[listed on signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MVP ASSET MANAGEMENT (USA) LLC, a Delaware Limited Liability Company, <br><br>  Plaintiffs, <br><br> v. <br><br> STEVEN VESTBIRK, JEFF BALLIET, ALLISON HANSLIK, JIM GRANAT, ARK ROYAL ASSET MANAGEMENT, LTD., a Bermuda Limited Company, VESTBIRK CAPITAL MANAGEMENT, LTD., a Bermuda Limited Company, ARK ROYAL ASSET MANAGEMENT, LLC, a Nevada Limited-Liability Company, ARK DISCOVERY, LLC, a Business Entity of Unknown Form, ARK ROYAL HOLDINGS, LLC, a Nevada Limited-Liability Company, | Case No. 2:10-cv-02483-GEB-CMK <br><br> STIPULATION AND ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING)
CONFERENCE
Case No. 210-CV-02483-GEB-CMK

1  ARK ROYAL SERVICES, LLC, a Nevada
   Limited-Liability Company, ARK ROYAL
2  CAPITAL, LLC, a Nevada Limited-Liability
   Company, ARK ROYAL CAPITAL
3  FUNDING, LLC, a Nevada Limited-Liability
   Company, ARK ROYAL CAPITAL, INC., a
4  Nevada Corporation, ROYAL CAPITAL
   FUNDING, LLC, a Nevada Limited-Liability
5  Company, ARK ROYAL RESOURCES LLC,
   a Nevada Limited-Liability Company, ARK
6  ROYAL ASSURANCE LLC, a Nevada
   Limited-Liability Company, and ARK ROYAL
7  INVESTMENTS, LLC, a Nevada Limited-
   Liability Company,
8                          Defendants.

9

10         Plaintiff MVP Asset Management (USA) LLC, by and through its counsel of record, and

11  specially appearing defendants Jeff Balliet; Allison Hanslik, Vestbirk Capital Management, Ltd.;

12  Ark Royal Asset Management, LLC; Ark Discovery, LLC; Ark Royal Holdings, LLC; Ark Royal

13  Services, LLC; Ark Royal Capital, LLC; Ark Royal Capital Funding, LLC; Ark Royal Capital,

14  Inc.; Ark Royal Resources, LLC; Ark Royal Assurance LLC; and Ark Royal Investments, LLC

15  ("Specially Appearing Defendants"), by and through their counsel of record, hereby submit the

16  following Stipulation to Continue the Status (Pretrial Scheduling) Conference:

17         1.       WHEREAS, the Complaint in this matter was filed September 15, 2010.  Pursuant

18  to an Order filed that date, the Court set a Status (Pretrial Scheduling) Conference for February

19  14, 2011;

20         2.       WHEREAS, service of process of the original complaint is not complete.

21  Pursuant to an Order entered January 12, 2011, Plaintiff received an extension of time to and

22  including March 14, 2011, to serve defendant Jim Granat.  Efforts to serve Steven Vestbirk, a

23  foreign defendant, are ongoing;

24         3.       WHEREAS, Plaintiff represents that Specially Appearing Defendants were served

25  in early January 2011 (with service dates of January 6 and January 10, 2011);

26

27

28                                              2
    STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING)
    CONFERENCE
    Case No. 210-CV-02483-GEB-CMK

4.      WHEREAS, Specially Appearing Defendants have not yet responded to the Complaint, and hereby appear specially in connection with this Stipulation to Continue the Status (Pretrial Scheduling) Conference.  By entry into this Stipulation, Specially Appearing Defendants reserve, and do not waive, all potential defenses, including those as to jurisdiction, service and venue, and such other defenses as may be available under Rule 12 of the Federal Rules of Civil Procedure or otherwise;

5.      WHEREAS, Plaintiff agreed to Specially Appearing Defendants' request for an extension of time to February 24, 2011, to respond to the Complaint, as reflected in the Stipulation filed with the Court on January 20, 2011;

6.      WHEREAS, Specially Appearing Defendants have represented to Plaintiff that they intend to respond to the Complaint with a Motion to Dismiss brought pursuant to Rule 12 of the Federal Rules of Civil Procedure.  As Plaintiff's Complaint includes a claim for federal securities fraud, the filing of this motion will impose an automatic stay on discovery (15 U.S.C. § 78u-4(b)(3));

7.      WHEREAS, Plaintiff and Specially Appearing Defendants also continue discussions in an effort to resolve or narrow the claims and issues in dispute in the action; and

8.      WHEREAS, Plaintiff and Specially Appearing Defendants submit that a continuance of the Status (Pretrial Scheduling) Conference by at least sixty (60) days will conserve the resources of the parties and the Court and promote judicial economy, as Defendants have only just been served, two other individual defendants have not yet been served, and the pleadings have not been finalized, pending the filing and ruling upon of Specially Appearing Defendants' anticipated Rule 12 Motions to Dismiss and further discussions between the parties regarding possible resolution, limitation or narrowing of the claims and issues in dispute in the action.

NOW, THEREFORE, Plaintiff and Specially Appearing Defendants, by and through their respective counsel of record, hereby stipulate as follows:

3

1.      That the Status (Pretrial Scheduling) Conference, presently set for February 14, 2011, be continued approximately 60 days or to such other time as the Court may order.

IT IS SO STIPULATED.

Dated: January 25, 2011          SULLIVAN JOHNSON LLP

                            By:/s/ DANIEL A. JOHNSON (authorized 1/25/11)
                                  Daniel A. Johnson
                                  Attorneys for Plaintiff
                                  MVP ASSET MANAGEMENT (USA) LLC

Dated:  January 25, 2011        STEVENS, O'CONNELL & JACOBS LLP

                            By:   /s/ TODD M. NOONAN
                                    Todd M. Noonan
                                    Attorneys for Defendants
                                    JEFF BALLIET,ALLISON HANSLIK, ARK ROYAL ASSET MANAGEMENT, LTD.;VESTBIRK CAPITAL MANAGEMENT, LTD.; ARK ROYAL ASSET MANAGEMENT, LLC; ARK DISCOVERY, LLC; ARK ROYAL HOLDINGS, LLC; ARK ROYAL SERVICES, LLC; ARK ROYAL CAPITAL, LLC; ARK ROYAL CAPITAL FUNDING, LLC; ARK ROYAL CAPITAL, INC.; ARK ROYAL RESOURCES, LLC; ARK ROYAL ASSURANCE LLC; ARK ROYAL INVESTMENTS, LLC

## ORDER

The Status (Pretrial Scheduling) Conference, presently set for February 14, 2011, is continued to April 11, 2011, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

**Date:  1/26/2011**

GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE
Case No. 210-CV-02483-GEB-CMK