IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MVP ASSET MANAGEMENT (USA) LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVEN VESTBIRK, JEFF BALLIET, ALLISON HANSLIK, JIM GRANAT, ARK ROYAL ASSET MANAGEMENT, LTD, a Bermuda Limited Company, VESTBIRK CAPITAL MANAGEMENT, LTD., a Bermuda Limited Company, ARK ROYAL ASSET MANAGEMENT, LLC, a Nevada Limited-Liability Company ARK DISCOVERY, LLC, a Business Entity of Unknown Form, ARK ROYAL HOLDINGS, LLC, a Nevada Limited-Liability Company, ARK ROYAL SERVICES, LLC, a Nevada Limited-Liability Company, ARK ROYAL CAPITAL, LLC, a Nevada Limited-Liability Company, ARK ROYAL CAPITAL FUNDING, LLC, a Nevada Limited-Liability Company, ARK ROYAL CAPITAL, INC, a Nevada Corporation, ROYAL CAPITAL FUNDING, LLC, a Nevada Limited-Liability Company, ARK ROYAL RESOURCES LLC, a Nevada Limited-Liability Company, ARK ROYAL ASSURANCE LLC, a Nevada Limited-Liability Company, and ARK ROYAL INVESTMENTS, LLC, a Nevada Limited-Liability Company,<br><br>        Defendants.<br>_____ | 2:10-cv-02483-GEB-CMK<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE |

1

      The parties filed a "Second Stipulation and Proposed Order to Continue the Status (Pretrial Scheduling) Conference on March 21, 2011, requesting the Status Conference be continued approximately 60 days, until June 13, 2011. Therefore, the Status Conference set for March 28, 2011, is continued to June 13, 2011, at 9:00 a.m.  A joint status report shall be filed no later than fourteen (14) days prior to Status Conference.

      Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that any defendant not served within the 120 day period prescribed in this Rule may be dismissed as a defendant in this action unless Plaintiff provides proof of service or "shows good cause for the failure" to serve within this prescribed period in a filing due no later than 4:00 p.m. on April 1, 2011.

      IT IS SO ORDERED.

Dated:  March 23, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge