```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| MVP ASSET MANAGEMENT (USA) LLC, a Delaware Limited Liability Company, | ) ) ) ) | 2:10-cv-02483-GEB-CMK |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| STEVEN VESTBIRK, JEFF BALLIET, ALLISON HANSLIK, JIM GRANAT, ARK ROYAL ASSET MANAGEMENT, LTD, a Bermuda Limited Company, VESTBIRK CAPITAL MANAGEMENT, LTD., a Bermuda Limited Company, ARK ROYAL ASSET MANAGEMENT, LLC, a Nevada Limited-Liability Company ARK DISCOVERY, LLC, a Business Entity of Unknown Form, ARK ROYAL HOLDINGS, LLC, a Nevada Limited-Liability Company, ARK ROYAL SERVICES, LLC, a Nevada Limited-Liability Company, ARK ROYAL CAPITAL, LLC, a Nevada Limited-Liability Company, ARK ROYAL CAPITAL FUNDING, LLC, a Nevada Limited-Liability Company, ARK ROYAL CAPITAL, INC, a Nevada Corporation, ROYAL CAPITAL FUNDING, LLC, a Nevada Limited-Liability Company, ARK ROYAL RESOURCES LLC, a Nevada Limited-Liability Company, ARK ROYAL ASSURANCE LLC, a Nevada Limited-Liability Company, and ARK ROYAL INVESTMENTS, LLC, a Nevada Limited-Liability Company, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. _____ | ) ) | |

Plaintiff was notified in an Order filed March 23, 2011, that "any defendant not served within the 120 day period prescribed by [Federal Rule of Civil Procedure 4(m)] may be dismissed as a defendant . . . unless Plaintiff provide[d] proof of service or 'show[ed] good cause for the failure' to serve within this prescribed period" by 4:00 p.m. on April 1, 2011. (ECF No. 31.)

Plaintiff filed proofs of service on multiple defendants in response to the March 23, 2011 Order. (ECF Nos. 33-46.) Plaintiff also filed a written response to the March 23, 2011 Order explaining its efforts to serve defendant Steven Vestbirk in Bermuda and the United Kingdom. (ECF No. 51.)  Plaintiff has not yet served Mr. Vestbirk, but argues "[b]y the express terms of Rule 4(m), the 120 day time limit for service of the complaint does not apply to [Mr. Vestbirk] because he is not a resident of the United States." Id. at 1:20-22.

However, Plaintiff did not file proof of service for defendant Royal Capital Funding, LLC, and Plaintiff has not show good cause for his failure to serve this defendant within Rule 4(m)'s prescribed period. Therefore, Defendant Royal Capital Funding, LLC is dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated: April 4, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge