1  GEORGE L. O'CONNELL (SBN 74037)
   TODD M. NOONAN (SBN 172962)
2  DLA PIPER LLP (US)
   400 Capitol Mall, Suite 2400
3  Sacramento, CA  95814-4428
   Tel:  916.930.3200
4  Fax:  916.930.3201

5  Attorneys for Specially Appearing Defendant
   STEVEN VESTBIRK
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9  MVP ASSET MANAGEMENT (USA) LLC, a          CASE NO.  2:10-cv-02483-GEB-CMK
   Delaware Limited Liability Company,
10                                             **STIPULATION AND ORDER TO**
                Plaintiff,                     **EXTEND TIME FOR DEFENDANT**
11                                             **STEVEN VESTBIRK TO RESPOND**
         v.                                    **TO SECOND AMENDED**
12                                             **COMPLAINT**
   STEVEN VESTBIRK, JEFF BALLIET,
13 ALLISON HANSLIK, JIM GRANT, ARK
   ROYAL ASSET MANAGEMENT, LTD., a
14 Bermuda Limited Company, VESTBIRK
   CAPITAL MANAGEMENT, LTD., a Bermuda
15 Limited Company, ARK ROYAL ASSET
   MANAGEMENT, LLC, a Nevada Limited-
16 Liability Company, ARK DISCOVERY, LLC, a
   Business Entity of Unknown Form, ARK
17 ROYAL HOLDINGS, LLC, a Nevada Limited-
   Liability Company, ARK ROYAL SERVICES,
18 LLC, a Nevada Limited-Liability Company,
   ARK ROYAL CAPITAL, LLC, a Nevada
19 Limited-Liability Company, ARK ROYAL
   CAPITAL FUNDING, LLC, a Nevada Limited-
20 Liability Company, ARK ROYAL CAPITAL,
   INC., a Nevada Corporation, ARK ROYAL
21 RESOURCES LLC, a Nevada Limited-Liability
   Company, ARK ROYAL ASSURANCE LLC, a
22 Nevada Limited-Liability Company, and ARK
   ROYAL INVESTMENTS, LLC, a Nevada
23 Limited-Liability Company,

24              Defendants.

25
         Plaintiff MVP ASSET MANAGEMENT (USA) LLC ("Plaintiff" or "MVPAM") and
26
   specially appearing defendant Steven Vestbirk ("Vestbirk"), by and through their respective
27
   counsel of record, hereby stipulate as follows:
28

DLA PIPER LLP (US)
  SACRAMENTO
                                         -1-
           WEST\225673780.1          STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SAC
                                     CASE NO. 2:10-CV-02483-GEB-CMK

1.      WHEREAS, pending before the Court are two motions to dismiss plaintiff MVPAM's Second Amended Complaint ("SAC"), which motions were filed by the other defendants[1] in this action.  One of these motions was brought under Rule 12(b)(1) of the Federal Rules of Civil Procedure; the other was brought under Rules 12(b)(6) and 12(b)(2) of the Federal Rules of Civil Procedure;

2.      WHEREAS, those motions to dismiss are set for hearing on December 19, 2011;

3.      WHEREAS, the Plaintiff has filed a proof of service indicating service of foreign defendant Steven Vestbirk ("Vestbirk") with the SAC on or about November 18, 2011;

4.      WHEREAS, specially appearing defendant Vestbirk, through his counsel, has indicated to Plaintiff's counsel that he intends to respond to the SAC with a Rule 12(b) motion to dismiss challenging, *inter alia*, this Court's personal jurisdiction over him;

5.      WHEREAS, Plaintiff has agreed to extend Vestbirk's time to respond to the SAC;

6.      WHEREAS, counsel for Plaintiff and Vestbirk have consulted the Court's law and motion calendar and met and conferred on a briefing schedule for Vestbirk's anticipated motion to dismiss.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, as follows:

1.      Specially Appearing Defendant Vestbirk is not making a general appearance through the filing of this Stipulation; Vestbirk shall file and serve his response to the SAC on or before February 6, 2012;

2.      Plaintiff shall file and serve its Opposition on February 20, 2012;

3.      Vestbirk shall file and serve his Reply on February 27, 2012; and

---

[1]      The moving defendants on the two pending motions are JEFF BALLIET, ALLISON HANSLIK, ARK ROYAL ASSET MANAGEMENT, LTD.; VESTBIRK CAPITAL MANAGEMENT, LTD.; ARK ROYAL ASSET MANAGEMENT, LLC; ARK DISCOVERY, LLC; ARK ROYAL HOLDINGS, LLC; ARK ROYAL SERVICES, LLC; ARK ROYAL CAPITAL, LLC; ARK ROYAL CAPITAL FUNDING, LLC; ARK ROYAL CAPITAL, INC.; ARK ROYAL RESOURCES, LLC; ARK ROYAL ASSURANCE LLC; ARK ROYAL INVESTMENTS, LLC.  Specially appearing defendant Vestbirk is not a moving party on those motions.

1    4.    The hearing on this motion shall be noticed for March 5, 2012.

2    IT IS SO STIPULATED.

3    DATED:  December 13, 2011              SULLIVAN JOHNSON LLP

4

5                                          By:/s/ DANIEL A. JOHNSON (authorized 12/12/11)
                                               Daniel A. Johnson
6                                              Attorney for Plaintiff

7

8    DATED:  December 13, 2011              DLA PIPER LLP

9

                                           By:   /s/ TODD M. NOONAN
10                                              Todd M. Noonan
                                               Attorney for Specially Appearing
11                                             Defendant Steven Vestbirk

12

13                                    **ORDER**

14   IT IS SO ORDERED.

15   **Date:  12/13/2011**

16

17                                    _GARLAND E. BURRELL, JR._
18                                    United States District Judge

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
SACRAMENTO

WEST\225673780.1        STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SECOND
                        AMENDED COMPLAINT
                        CASE NO. 2:10-CV-02483-GEB-CMK