1   SULLIVAN JOHNSON LLP
    DANIEL M. SULLIVAN (SBN 132878)
2   DANIEL A. JOHNSON (SBN 130724)
    23480 Park Sorrento, Suite 250
3   Calabasas, CA  91302
    Telephone:  (818) 591-9700
4   Facsimile:  (818) 591-9707

5   Attorneys for Plaintiff
    MVP ASSET MANAGEMENT (USA) LLC
6
    GEORGE L. O'CONNELL (SBN 74037)
7   TODD M. NOONAN (SBN 172962)
    DLA PIPER LLP (US)
8   400 Capitol Mall, Suite 2400
    Sacramento, CA  95814-4428
9   Tel: 916.930.3200
    Fax: 916.930.3201
10
    Attorneys for Specially
11  Appearing Defendants
    [listed on signature page]
12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16  MVP ASSET MANAGEMENT (USA) LLC, a          CASE NO.  2:10-cv-02483-GEB-CMK
    Delaware Limited Liability Company,
17                                             **STIPULATION AND [PROPOSED]**
                  Plaintiff,                   **ORDER TO (1) TEMPORARILY STAY**
18                                             **ACTION; AND (2) CONTINUE STATUS**
         v.                                    **(PRETRIAL SCHEDULING)**
19                                             **CONFERENCE**
    STEVEN VESTBIRK, et al.,
20                                                Date:  January 30, 2012
                  Defendants.                     Time:  9:00 a.m.
21                                                Dept:  Courtroom 10
                                                  Judge: Honorable Garland E. Burrell, Jr.
22

23

24       1.      WHEREAS, on October 28, 2011, the Court issued an Order setting a Status

25  (Pretrial Scheduling) Conference for January 30, 2012, and requiring the parties to submit a Joint

26  Report in connection therewith.

27

28                                          -1-

WEST\228841949.1        STIPULATION AND [PROPOSED] ORDER TO (1) TEMPORARILY STAY
                        ACTION; AND (2) CONTINUE STATUS (PRETRIAL SCHEDULING)
                        CONFERENCE- CASE NO.  2:10-CV-02483-GEB-CMK

2.      WHEREAS, on January 6, 2012, the Court signed an Order granting the motion of certain Specially Appearing Defendants to dismiss Plaintiff's Second Amended Complaint in this action and granting Plaintiff leave to file a Third Amended Complaint on or before January 17, 2012.

3.      WHEREAS, Plaintiff filed its Third Amended Complaint on January 16, 2012, which Third Amended Complaint includes claims under the federal securities laws.

4.      WHEREAS, if called upon to respond, Specially Appearing Defendants have determined that they would file a motion (or motions) to dismiss the Third Amended Complaint on various grounds.

5.      WHEREAS, under PLSRA (15 U.S.C. § 78u-4(b)(3)) "all discovery and other proceedings" in this matter would remain stayed pending resolution of Specially Appearing Defendants' motions to dismiss.

6.      WHEREAS, no trial date or other case management dates have yet been set in this matter.

7.      WHEREAS, the Parties through their Counsel of Record have also met and conferred concerning case management issues, including potential opportunities to resolve the action, and have agreed to request that the Court temporarily stay the action, including with respect to any response to the Third Amended Complaint, to allow the Parties to pursue settlement efforts while conserving the resources of the Parties and the Court.

NOW, THEREFORE, the Parties through their Counsel of Record, stipulate as follows:

1.      That Specially Appearing Defendants are not making a general appearance through the filing of this Stipulation;

2.      That, upon entry of the Order by the Court, the action will be STAYED for 90 days;

3.      That, during the pendency of the stay, no response to the Third Amended Complaint need be filed;

WEST\228841949.1

DLA PIPER LLP (US)
SACRAMENTO

-2-
**STIPULATION AND [PROPOSED] ORDER TO (1) TEMPORARILY STAY ACTION; AND (2) CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE- CASE NO.  2:10-CV-02483-GEB-CMK**

1    4.    That the briefing schedule established with respect to Specially Appearing

2    Defendant Vestbirk in the Stipulation and Order approved by the Court on September 14, 2011

3    (Dkt. No. 103) is vacated;

4    5.    That, absent further stipulation of the parties and/or order from the Court,

5    Specially Appearing Defendants' response to the Third Amended Complaint shall be filed and

6    served no later than 20 days after the expiration of the stay.

7    6.    That, the Status (Pretrial Scheduling) Conference, presently set for January 30,

8    2012, be continued approximately 120 days to a date available to the Court in or about June 2012.

9

10    IT IS SO STIPULATED.

11    Dated:  January 17, 2012            SULLIVAN JOHNSON LLP

12

13                                        By  /S/ Daniel A. Johnson (authorized 1/17/12)
                                              DANIEL A. JOHNSON
14                                            Attorneys for Plaintiff
                                              MVP ASSET MANAGEMENT (USA) LLC
15

16

17    Dated:  January 17, 2012            DLA PIPER LLP (US)

18

19                                        By  /S/ Todd M. Noonan
                                              TODD M. NOONAN
20                                            Attorneys for Specially Appearing Defendants
                                              STEVEN VESTBIRK, JEFF BALLIET,
21                                            ALLISON HANSLIK, ARK ROYAL ASSET
                                              MANAGEMENT, LTD.; VESTBIRK
22                                            CAPITAL MANAGEMENT, LTD.; ARK
                                              ROYAL ASSET MANAGEMENT, LLC; ARK
23                                            DISCOVERY, LLC; ARK ROYAL
                                              HOLDINGS, LLC; ARK ROYAL SERVICES,
24                                            LLC; ARK ROYAL CAPITAL, LLC; ARK
                                              ROYAL CAPITAL FUNDING, LLC; ARK
25                                            ROYAL CAPITAL, INC.; ARK ROYAL
                                              RESOURCES, LLC; ARK ROYAL
26                                            ASSURANCE LLC; ARK ROYAL
                                              INVESTMENTS, LLC
27

28

DLA PIPER LLP (US)
SACRAMENTO

WEST\228841949.1

-3-

**STIPULATION AND [PROPOSED] ORDER TO (1) TEMPORARILY STAY
ACTION; AND (2) CONTINUE STATUS (PRETRIAL SCHEDULING)
CONFERENCE- CASE NO.  2:10-CV-02483-GEB-CMK**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the stipulation of the parties as set forth herein, the Court ORDERS as follows:

1.      The action is STAYED in its entirety for 90 days from the date of entry of this Order.

2.      Specially Appearing Defendants' response to the Third Amended Complaint shall be filed and served no later than 20 days after the expiration of the stay, absent further order from the Court.

3.      The Status (Pretrial Scheduling) Conference, presently set for January 30, 2012, is continued to June 25, 2012, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

**Date:  1/17/2012**

GARLAND E. BURRELL, JR.
United States District Judge

**STIPULATION AND [PROPOSED] ORDER TO (1) TEMPORARILY STAY ACTION; AND (2) CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE- CASE NO.  2:10-CV-02483-GEB-CM**K