SULLIVAN JOHNSON LLP
DANIEL M. SULLIVAN (SBN 132878)
DANIEL A. JOHNSON (SBN 130724)
23480 Park Sorrento, Suite 250
Calabasas, CA 91302
Telephone: (818) 591-9700
Facsimile: (818) 591-9707

Attorneys for Plaintiff
MVP ASSET MANAGEMENT (USA) LLC

GEORGE L. O'CONNELL (SBN 74037)
TODD M. NOONAN (SBN 172962)
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

Attorneys for Defendants
[listed on signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MVP ASSET MANAGEMENT (USA) LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN VESTBIRK, et al.,<br><br>Defendants. | CASE NO. 2:10-cv-02483-GEB-CMK<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Date: June 25, 2012<br>Time: 9:00 a.m.<br>Dept: Courtroom 10<br>Judge: Honorable Garland E. Burrell, Jr. |

DLA Piper LLP (US)
Sacramento

-1-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE - **CASE NO. 2:10-CV-02483-GEB-CMK**

1. WHEREAS, on January 18, 2012 the Court issued an Order setting a Status (Pretrial Scheduling) Conference for June 25, 2012;

2. WHEREAS, on January 17, 2012 Plaintiff filed its Third Amended Complaint in this action which includes claims under the federal securities laws.;

3. WHEREAS, certain Specially Appearing Defendants have filed motions to dismiss the Third Amended Complaint on various grounds and said motions are scheduled for hearing on June 18, 2012;

4. WHEREAS, under PLSRA (15 U.S.C. § 78u-4(b)(3)) "all discovery and other proceedings" in this matter are stayed pending resolution of Specially Appearing Defendants' motions to dismiss;

5. WHEREAS, Plaintiff and Specially Appearing Defendants respectfully submit that, in light of the PLSRA stay, the Court should defer consideration of all discovery and litigation deadlines until the issues identified in the motions to dismiss have been addressed by the Court, such that the case is either dismissed, or, alternatively, the pleadings resolved and the case is at issue;

6. WHEREAS, Plaintiff and Specially Appearing Defendants respectfully submit that, in light of the PLSRA stay and that a continuance of the Status (Pretrial Scheduling) Conference by approximately another sixty (60) days will conserve the resources of the parties and the Court and promote judicial economy by allowing time for the Court to address the motions to dismiss;

DLA Piper LLP (US)
Sacramento

-2-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE - **CASE NO. 2:10-CV-02483-GEB-CMK**

NOW, THEREFORE, Plaintiff and Specially Appearing Defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. That the Status (Pretrial Scheduling) Conference, presently set for June 25, 2012 be continued approximately 60 days to a date on or about August 27, 2012.

IT IS SO STIPULATED.

Dated: June 11, 2012            SULLIVAN JOHNSON LLP By /S/ Daniel A. Johnson (authorized 6/11/12)
                                                    _____
                                                    DANIEL A. JOHNSON
                                                    Attorneys for Plaintiff
                                                    MVP ASSET MANAGEMENT (USA) LLC

Dated: June 11, 2012            DLA PIPER LLP (US) By /S/ Todd M. Noonan (authorized 6/11/12)
                                                    _____
                                                    TODD M. NOONAN
                                                    Attorneys for Defendants
                                                    STEVEN VESTBIRK, JEFF BALLIET, ALLISON HANSLIK, ARK ROYAL ASSET MANAGEMENT, LTD.; VESTBIRK CAPITAL MANAGEMENT, LTD.; ARK ROYAL ASSET MANAGEMENT, LLC; ARK DISCOVERY, LLC; ARK ROYAL HOLDINGS, LLC; ARK ROYAL SERVICES, LLC; ARK ROYAL CAPITAL, LLC; ARK ROYAL CAPITAL FUNDING, LLC; ARK ROYAL CAPITAL, INC.; ARK ROYAL RESOURCES, LLC; ARK ROYAL ASSURANCE LLC; ARK ROYAL INVESTMENTS, LLC

**ORDER**

The Status (Pretrial Scheduling) Conference, presently set for June 25, 2012, is continued to September 17, 2012. A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

**Date: 6/11/2012**

*[signature]*

GARLAND E. BURRELL, JR.
United States District Judge

-3-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE - **CASE NO. 2:10-CV-02483-GEB-CMK**

DLA PIPER LLP (US)
SACRAMENTO