SULLIVAN JOHNSON LLP
DANIEL M. SULLIVAN (SBN 132878)
DANIEL A. JOHNSON (SBN 130724)
23480 Park Sorrento, Suite 250
Calabasas, CA  91302
Telephone:  (818) 591-9700
Facsimile:  (818) 591-9707

Attorneys for Plaintiff
MVP ASSET MANAGEMENT (USA) LLC

GEORGE L. O'CONNELL (SBN 74037)
TODD M. NOONAN (SBN 172962)
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

Attorneys for Defendants
[listed on signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MVP ASSET MANAGEMENT (USA) LLC, a Delaware Limited Liability Company,<br><br>              Plaintiff,<br><br>     v.<br><br>STEVEN VESTBIRK, et al.,<br><br>              Defendants. | CASE NO.  2:10-cv-02483-GEB-CMK<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>  Date:  December 10, 2012<br>  Time: 9:00 a.m.<br>  Dept:  Courtroom 10<br>  Judge: Honorable Garland E. Burrell, Jr. |

        1.    WHEREAS, on August 29, 2012 the Court issued an Order setting a Status

(Pretrial Scheduling) Conference for December 10, 2012;

        2.    WHEREAS, on July 23, 2012 Plaintiff filed its Fourth Amended Complaint in this

action which includes claims under the federal securities laws;

DLA PIPER LLP (US)
SACRAMENTO

-1-

WEST\239880202.1          STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL
                         SCHEDULING) CONFERENCE - **CASE NO.  2:10-CV-02483-GEB-CMK**

3.      WHEREAS, certain Specially Appearing Defendants have filed motions to dismiss the Fourth Amended Complaint on various grounds and said motions were taken under submission by this Court on October 4, 2012;

4.      WHEREAS, under PLSRA (15 U.S.C. § 78u-4(b)(3)) "all discovery and other proceedings" in this matter are stayed pending resolution of Specially Appearing Defendants' motions to dismiss;

5.      WHEREAS, Plaintiff and Specially Appearing Defendants respectfully submit that, in light of the PLSRA stay, the Court should defer consideration of all discovery and litigation deadlines until the issues identified in the motions to dismiss have been addressed by the Court, such that the case is either dismissed, or, alternatively, the pleadings resolved and the case is at issue;

6.      WHEREAS, Plaintiff and Specially Appearing Defendants respectfully submit that, in light of the PLSRA stay, a continuance of the Status (Pretrial Scheduling) Conference by approximately another ninety (90) days will conserve the resources of the parties and the Court and promote judicial economy by allowing time for the Court to address the motions to dismiss;

NOW, THEREFORE, Plaintiff and Specially Appearing Defendants, by and through their respective counsel of record, hereby stipulate as follows:

1.      That the Status (Pretrial Scheduling) Conference, presently set for December 10, 2012 be continued approximately 90 days to a date on or about March 11, 2013.

IT IS SO STIPULATED.


Dated:  November 26, 2012            SULLIVAN JOHNSON LLP


By  /S/ Daniel A. Johnson (authorized 11/26/12)
          DANIEL A. JOHNSON
          Attorneys for Plaintiff
          MVP ASSET MANAGEMENT (USA) LLC

DLA PIPER LLP (US)
SACRAMENTO

WEST\239880202.1

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE - **CASE NO.  2:10-CV-02483-GEB-CMK**

Dated:  November 26, 2012          DLA PIPER LLP (US)


By  /S/ Todd M. Noonan
_____
TODD M. NOONAN
Attorneys for Defendants
STEVEN VESTBIRK, JEFF BALLIET, ALLISON
HANSLIK, ARK ROYAL ASSET
MANAGEMENT, LTD.; VESTBIRK CAPITAL
MANAGEMENT, LTD.; ARK ROYAL ASSET
MANAGEMENT, LLC; ARK DISCOVERY, LLC;
ARK ROYAL HOLDINGS, LLC; ARK ROYAL
SERVICES, LLC; ARK ROYAL CAPITAL, LLC;
ARK ROYAL CAPITAL FUNDING, LLC; ARK
ROYAL CAPITAL, INC.; ARK ROYAL
RESOURCES, LLC; ARK ROYAL ASSURANCE
LLC; ARK ROYAL INVESTMENTS, LLC

## ORDER

The Status (Pretrial Scheduling) Conference, presently set for December 10, 2012, is

continued to March 18, 2013, at 9:00 a.m.  A joint status report shall be filed fourteen days prior

to the hearing.

IT IS SO ORDERED.

**Date:  11/26/2012**


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

DLA Piper LLP (US)
Sacramento

WEST\239880202.1      STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL
SCHEDULING) CONFERENCE - **CASE NO.  2:10-CV-02483-GEB-CMK**