1  SULLIVAN JOHNSON LLP
   DANIEL M. SULLIVAN (SBN 132878)
2  DANIEL A. JOHNSON (SBN 130724)
   23480 Park Sorrento, Suite 250
3  Calabasas, CA  91302
   Telephone:  (818) 591-9700
4  Facsimile:  (818) 591-9707

5  Attorneys for Plaintiff
   MVP ASSET MANAGEMENT (USA) LLC
6

7  GEORGE L. O'CONNELL (SBN 74037)
   TODD M. NOONAN (SBN 172962)
8  DLA PIPER LLP (US)
   400 Capitol Mall, Suite 2400
9  Sacramento, CA  95814-4428
   Tel:  916.930.3200
10 Fax:  916.930.3201

11 Attorneys for Defendants
   [listed on signature page]
12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 MVP ASSET MANAGEMENT (USA) LLC, a          CASE NO.  2:10-cv-02483-GEB-CMK
   Delaware Limited Liability Company,
17                                             **STIPULATION AND [PROPOSED]**
                                               **ORDER TO CONTINUE STATUS**
                 Plaintiff,                    **(PRETRIAL SCHEDULING)**
18                                             **CONFERENCE**
19       v.

   STEVEN VESTBIRK, et al.,                    Date:  March 18, 2013
20                                             Time: 9:00 a.m.
                 Defendants.                   Dept:  Courtroom 10
21                                             Judge: Honorable Garland E. Burrell, Jr.

22

23

24       1.    WHEREAS, on November 27, 2012, the Court issued an Order setting a Status

25 (Pretrial Scheduling) Conference for March 18, 2013;

26       2.    WHEREAS, on July 23, 2012, Plaintiff filed its Fourth Amended Complaint in

27 this action which includes claims under the federal securities laws;

28
                                            -1-

3.      WHEREAS, certain Specially Appearing Defendants filed motions to dismiss the Fourth Amended Complaint on various grounds and said motions were taken under submission by the Court on October 4, 2012, and remain under submission as of this filing;

4.      WHEREAS, under PLSRA (15 U.S.C. § 78u-4(b)(3)) "all discovery and other proceedings" in this matter are stayed pending resolution of Specially Appearing Defendants' motions to dismiss;

5.      WHEREAS, Plaintiff and Specially Appearing Defendants respectfully submit that, in light of the PLSRA stay, the Court should defer consideration of all discovery and litigation deadlines until the issues identified in the motions to dismiss have been addressed by the Court, such that the case is either dismissed, or, alternatively, the pleadings resolved and the case is at issue;

6.      WHEREAS, Plaintiff and Specially Appearing Defendants respectfully submit that, in light of the PLSRA stay, a continuance of the Status (Pretrial Scheduling) Conference by approximately another ninety (90) days will conserve the resources of the parties and the Court and promote judicial economy by allowing time for the Court to address the motions to dismiss;

NOW, THEREFORE, Plaintiff and Specially Appearing Defendants, by and through their respective counsel of record, hereby stipulate as follows:

1.      That the Status (Pretrial Scheduling) Conference, presently set for March 18, 2013 be continued approximately 90 days to a date on or about June 10, 2013.

IT IS SO STIPULATED.

Dated:  February 27, 2013                      SULLIVAN JOHNSON LLP


By  /S/ Daniel A. Johnson (authorized 2/27/13)
     DANIEL A. JOHNSON
     Attorneys for Plaintiff
     MVP ASSET MANAGEMENT (USA) LLC

DLA Piper LLP (US)
Sacramento

WEST\240616123.1

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE - **CASE NO.  2:10-CV-02483-GEB-CMK**

1   Dated:  February 27, 2013                    DLA PIPER LLP (US)

2

3                                                By /S/ Todd M. Noonan
                                                    _____
                                                    TODD M. NOONAN
4                                                   Attorneys for Defendants
                                                    STEVEN VESTBIRK, JEFF BALLIET, ALLISON
5                                                   HANSLIK, ARK ROYAL ASSET
                                                    MANAGEMENT, LTD.; VESTBIRK CAPITAL
6                                                   MANAGEMENT, LTD.; ARK ROYAL ASSET
                                                    MANAGEMENT, LLC; ARK DISCOVERY, LLC;
7                                                   ARK ROYAL HOLDINGS, LLC; ARK ROYAL
                                                    SERVICES, LLC; ARK ROYAL CAPITAL, LLC;
8                                                   ARK ROYAL CAPITAL FUNDING, LLC; ARK
                                                    ROYAL CAPITAL, INC.; ARK ROYAL
9                                                   RESOURCES, LLC; ARK ROYAL ASSURANCE
                                                    LLC; ARK ROYAL INVESTMENTS, LLC
10

11

12                                      **ORDER**

13          The Status (Pretrial Scheduling) Conference, presently set for March 18, 2013, is

14   continued to June 10, 2013, at 9:00 a.m.  A joint  status report shall be filed fourteen days prior to

15   the hearing.

16          IT IS SO ORDERED.

17          **Date:  3/5/2013**

18

19          _____
            GARLAND E. BURRELL, JR.
20          Senior United States District Judge

21

22

23

24

25

26

27

28

DLA Piper LLP (US)
Sacramento

WEST\240616123.1                                    -3-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL
SCHEDULING) CONFERENCE - **CASE NO.  2:10-CV-02483-GEB-CMK**