SULLIVAN JOHNSON LLP
DANIEL M. SULLIVAN (SBN 132878)
DANIEL A. JOHNSON (SBN 130724)
23480 Park Sorrento, Suite 250
Calabasas, CA  91302
Telephone:  (818) 591-9700
Facsimile:  (818) 591-9707

Attorneys for Plaintiff
MVP ASSET MANAGEMENT (USA) LLC

GEORGE L. O'CONNELL (SBN 74037)
TODD M. NOONAN (SBN 172962)
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

Attorneys for Specially Appearing Defendants
[listed on signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MVP ASSET MANAGEMENT (USA) LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN VESTBIRK, et al.,<br><br>Defendants. | CASE NO.  2:10-cv-02483-GEB-CMK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OF FIFTH AMENDED COMPLAINT** |

    1.    WHEREAS, on March 22, 2013 the Court issued an Order dismissing the Fourth Amended Complaint and granting Plaintiff leave to file a Fifth Amended Complaint on or before April 1, 2013;

    2.    WHEREAS, Plaintiff and Specially Appearing Defendants have agreed to extend by fourteen (14) days Plaintiff's time to file the Fifth Amended Complaint, and that Specially Appearing Defendants in turn will have a fourteen (14) day extension of their time to respond;

NOW, THEREFORE, Plaintiff and Specially Appearing Defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. That Plaintiff's time to file the Fifth Amended Complaint be extended from April 1, 2013 to April 15, 2013, and that Specially Appearing Defendants in turn will have a fourteen (14) day extension of their time to respond.

IT IS SO STIPULATED.

Dated:  March 28, 2013                      SULLIVAN JOHNSON LLP


                                            By  /S/ Daniel A. Johnson (authorized 3/28/13)
                                                DANIEL A. JOHNSON
                                                Attorneys for Plaintiff
                                                MVP ASSET MANAGEMENT (USA) LLC


Dated:  March 28, 2013                      DLA PIPER LLP (US)


                                            By  /S/ Todd M. Noonan (authorized 3/28/13)
                                                TODD M. NOONAN
                                                Attorneys for Defendants
                                                STEVEN VESTBIRK, JEFF BALLIET, ALLISON
                                                HANSLIK, ARK ROYAL ASSET
                                                MANAGEMENT, LTD.; VESTBIRK CAPITAL
                                                MANAGEMENT, LTD.; ARK ROYAL ASSET
                                                MANAGEMENT, LLC; ARK DISCOVERY, LLC;
                                                ARK ROYAL HOLDINGS, LLC; ARK ROYAL
                                                SERVICES, LLC; ARK ROYAL CAPITAL, LLC;
                                                ARK ROYAL CAPITAL FUNDING, LLC; ARK
                                                ROYAL CAPITAL, INC.; ARK ROYAL
                                                RESOURCES, LLC; ARK ROYAL ASSURANCE
                                                LLC; ARK ROYAL INVESTMENTS, LLC

**ORDER**

Plaintiff is granted until April 15, 2013 to file a Fifth Amended Complaint addressing the deficiencies of Plaintiff's pleading discussed in the order of March 22, 2013 dismissing the Fourth Amended Complaint. Further, Plaintiff is notified that this action may be dismissed with prejudice under Rule 41(b) if Plaintiff fails to file an amended complaint within the prescribed

DLA Piper LLP (US)
Sacramento

-2-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE - **CASE NO.  2:10-CV-02483-GEB-CMK**

1  time period.  Specially Appearing Defendants have a fourteen (14) day extension of their time to

2  respond to the amended complaint, once filed.

3        IT IS SO ORDERED.

4        **Date:  3/28/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

DLA Piper LLP (US)
Sacramento

-3-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFENRENCE - **CASE NO.  2:10-CV-02483-GEB-CM**K