GEORGE L. O'CONNELL (SBN 74037)
TODD M. NOONAN (SBN 172962)
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

Attorneys for Defendants
STEVEN VESTBIRK, JEFF BALLIET, ALLISON HANSLIK, ARK ROYAL ASSET MANAGEMENT, LTD.; VESTBIRK CAPITAL MANAGEMENT, LTD.; ARK ROYAL ASSET MANAGEMENT, LLC; ARK DISCOVERY, LLC; ARK ROYAL HOLDINGS, LLC; ARK ROYAL SERVICES, LLC; ARK ROYAL CAPITAL, LLC; ARK ROYAL CAPITAL FUNDING, LLC; ARK ROYAL CAPITAL, INC.; ARK ROYAL RESOURCES, LLC; ARK ROYAL ASSURANCE LLC; ARK ROYAL INVESTMENTS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MVP ASSET MANAGEMENT (USA) LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN VESTBIRK, et. al,<br><br>Defendants. | CASE NO. 2:10-cv-02483-TLN-CMK<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Date: August 8, 2013<br>Time: 9:30 a.m.<br>Dept: Courtroom 2<br>Judge: Honorable Troy L. Nunley |

    1.    WHEREAS, Plaintiffs filed their Fifth Amended Complaint on April 15, 2013;

    2.    WHEREAS, named Defendants will be responding to the Fifth Amended Complaint through a Motion to Dismiss; and;

    3.    WHEREAS, the parties, through their counsel, have reviewed the available law and motion dates on the Court's calendar and agreed upon a hearing date and briefing schedule.

NOW, THEREFORE, the parties, through their counsel, stipulate as follows:

    1.    Defendants shall file and serve their moving papers on or before June 13, 2013;

-1-

2. Plaintiffs shall file and serve their opposition on or before July 18, 2013;

3. Defendants shall file and serve their reply on or before August 1, 2013; and,

4. The hearing shall be noticed for August 8, 2013, at 9:30 a.m. in Courtroom 2.

IT IS SO STIPULATED.

Dated: April 26, 2013   SULLIVAN JOHNSON LLP

By /s/ DANIEL A. JOHNSON (authorized 4/26/13)
DANIEL A. JOHNSON
Attorneys for Plaintiff
MVP ASSET MANAGEMENT (USA) LLC

Dated: April 26, 2013   DLA PIPER LLP (US)

By /s/ TODD M. NOONAN
TODD M. NOONAN
Attorneys for Defendants
STEVEN VESTBIRK, JEFF BALLIET, ALLISON HANSLIK, ARK ROYAL ASSET MANAGEMENT, LTD.; VESTBIRK CAPITAL MANAGEMENT, LTD.; ARK ROYAL ASSET MANAGEMENT, LLC; ARK DISCOVERY, LLC; ARK ROYAL HOLDINGS, LLC; ARK ROYAL SERVICES, LLC; ARK ROYAL CAPITAL, LLC; ARK ROYAL CAPITAL FUNDING, LLC; ARK ROYAL CAPITAL, INC.; ARK ROYAL RESOURCES, LLC; ARK ROYAL ASSURANCE LLC; ARK ROYAL INVESTMENTS, LLC

IT IS SO ORDERED.

DATED: April 29, 2013

_____
Troy L. Nunley
United States District Judge

-2-
WEST\240923777.1   STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS
CASE NO. 2:10-CV-02483-TLN-CMK

DLA PIPER LLP (US)
SACRAMENTO