SULLIVAN JOHNSON LLP
DANIEL M. SULLIVAN (SBN 132878)
DANIEL A. JOHNSON (SBN 130724)
28720 Roadside Drive, Suite 225
Agoura Hills, CA  91301
Telephone:  (818) 865-9000
Facsimile:  (818) 865-9002

Attorneys for Plaintiff
MVP ASSET MANAGEMENT (USA) LLC

GEORGE L. O'CONNELL (SBN 74037)
TODD M. NOONAN (SBN 172962)
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

Attorneys for Defendants
[listed on signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MVP ASSET MANAGEMENT (USA) LLC, a Delaware Limited Liability Company,<br><br>           Plaintiff,<br><br>       v.<br><br>STEVEN VESTBIRK, et al.,<br><br>           Defendants. | CASE NO.  2:10-cv-02483-TLN-CMK<br><br>**REQUEST FOR 30-DAY CONTINUANCE OF DEADLINE TO FILE FINAL DISPOSITIONAL DOCUMENTS; ORDER** |

On October 31, 2013, the parties provided notice to the Court that the matter had been resolved and that the parties expected to be able to file final dispositional documents within 60 days. That same day, the Court issued a minute order requiring that such documents be filed by December 31, 2013.

DLA Piper LLP (US)
Sacramento

-1-
WEST\245632982.1   REQUEST FOR 30-DAY CONTINUANCE OF DEADLINE TO FILE FINAL
DISPOSITIONAL DOCUMENTS - **CASE NO.  2:10-CV-02483-TLN-CMK**

1  Through this filing, the parties inform the Court that they continue to negotiate the final dispositional documents. They therefore request an additional 30 days within which to file the final dismissal documents. Further requests for extension are not expected.

IT IS SO STIPULATED.

Dated:  December 27, 2013          SULLIVAN JOHNSON LLP


By /S/ Daniel A. Johnson (authorized on 12/27/13)
DANIEL A. JOHNSON
Attorneys for Plaintiff
MVP ASSET MANAGEMENT (USA) LLC


Dated:  December 27, 2013          DLA PIPER LLP (US)


By /S/ Todd M. Noonan
TODD M. NOONAN
Attorneys for Defendants
STEVEN VESTBIRK, JEFF BALLIET, ALLISON HANSLIK, ARK ROYAL ASSET MANAGEMENT, LTD.; VESTBIRK CAPITAL MANAGEMENT, LTD.; ARK ROYAL ASSET MANAGEMENT, LLC; ARK DISCOVERY, LLC; ARK ROYAL HOLDINGS, LLC; ARK ROYAL SERVICES, LLC; ARK ROYAL CAPITAL, LLC; ARK ROYAL CAPITAL FUNDING, LLC; ARK ROYAL CAPITAL, INC.; ARK ROYAL RESOURCES, LLC; ARK ROYAL ASSURANCE LLC; ARK ROYAL INVESTMENTS, LLC

IT IS SO ORDERED.

Dated: December 30, 2013

_____
Troy L. Nunley
United States District Judge

DLA Piper LLP (US)
Sacramento

WEST\245632982.1

-2-
REQUEST FOR 30-DAY CONTINUANCE OF DEADLINE TO FILE FINAL DISPOSITIONAL DOCUMENTS - **CASE NO.  2:10-CV-02483-TLN-CMK**