1  SULLIVAN JOHNSON LLP
   DANIEL M. SULLIVAN (SBN 132878)
2  DANIEL A. JOHNSON (SBN 130724)
   28720 Roadside Drive, Suite 225
3  Agoura Hills, CA  91301
   Telephone:  (818) 865-9000
4  Facsimile:  (818) 865-9002

5  Attorneys for Plaintiff
   MVP ASSET MANAGEMENT (USA) LLC
6

7  GEORGE L. O'CONNELL (SBN 74037)
   TODD M. NOONAN (SBN 172962)
8  DLA PIPER LLP (US)
   400 Capitol Mall, Suite 2400
9  Sacramento, CA  95814-4428
   Tel:  916.930.3200
10 Fax:  916.930.3201

11 Attorneys for Defendants
   [listed on signature page]
12

13                UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15

16 MVP ASSET MANAGEMENT (USA) LLC, a          CASE NO.  2:10-cv-02483-TLN-CMK
   Delaware Limited Liability Company,
17                                             **JOINT STATUS REPORT RE FILING
                   Plaintiff,                  OF FINAL DISPOSITIONAL
18                                             DOCUMENTS; ORDER**
         v.
19
   STEVEN VESTBIRK, et al.,
20
                   Defendants.
21

22       On October 31, 2013, the parties notified the Court that the matter had been resolved and

23 that the parties expected to file final dispositional documents within 60 days.  That same day, the

24 Court issued a minute order requiring that such documents be filed by December 31, 2013.  On

25 December 27, 2013, the parties informed the Court that the documents were still under

26 negotiation.  The parties requested and the Court granted an additional 30 days, to January 30,

27 2014, to file the dismissal.

28

-1-

Despite diligent efforts, the parties will not have the dismissal on file by that date. However, the parties are pleased to report that the final documents have been executed, such that the parties now are able to inform the Court of a firm projected dismissal date. All steps contemplated by the executed agreement, including the filing of the dismissal, will occur on or before February 21, 2014.

Accordingly, the parties request an extension through that date.

IT IS SO STIPULATED.

Dated:  January 27, 2014    SULLIVAN JOHNSON LLP


By  /S/ Daniel A. Johnson (authorized on 01/27/2014)
    DANIEL A. JOHNSON
    Attorneys for Plaintiff
    MVP ASSET MANAGEMENT (USA) LLC


Dated:  January 27, 2014    DLA PIPER LLP (US)


By  /S/ Todd M. Noonan
    TODD M. NOONAN
    Attorneys for Defendants
    STEVEN VESTBIRK, JEFF BALLIET, ALLISON HANSLIK, ARK ROYAL ASSET MANAGEMENT, LTD.; VESTBIRK CAPITAL MANAGEMENT, LTD.; ARK ROYAL ASSET MANAGEMENT, LLC; ARK DISCOVERY, LLC; ARK ROYAL HOLDINGS, LLC; ARK ROYAL SERVICES, LLC; ARK ROYAL CAPITAL, LLC; ARK ROYAL CAPITAL FUNDING, LLC; ARK ROYAL CAPITAL, INC.; ARK ROYAL RESOURCES, LLC; ARK ROYAL ASSURANCE LLC; ARK ROYAL INVESTMENTS, LLC

IT IS SO ORDERED.

Dated: January 28, 2014

Troy L. Nunley
United States District Judge